UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA K. THOMAS,<br><br>　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>MONA HOUSTON, Warden,<br><br>　　　　　　　　　Respondent. | Case No. 5:22-cv-00141-ODW-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("FAP"), the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that the FAP is DENIED and that Judgment be entered DISMISSING this action with prejudice.

Dated: October 25, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　United States District Judge